# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-3067**　　　　　　　　　　　　　　**September Term, 2023**

1:21-cr-00377-BAH-1

**Filed On:** September 28, 2023

United States of America,

    Appellee

    v.

Anthony Robert Williams,

    Appellant

    **BEFORE:**　　Wilkins, Katsas, and Walker, Circuit Judges

## O R D E R

    Upon consideration of the motion for release pending appeal, the opposition thereto, and the reply, it is

    **ORDERED** that the motion be denied. Appellant has not shown that this appeal presents a substantial question of law or fact likely to result in reversal, an order for a new trial, a sentence that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. See 18 U.S.C. § 3143(b)(1)(B).

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:　/s/
    　　　Tatiana Magruder
    　　　Deputy Clerk